UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LOUIS RAMIREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CLARK E. DUCART, Warden,<br><br>　　　　Respondent. | No. EDCV 15-2054-VAP (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

　　　　IT IS ORDERED that Petitioner's motion for leave to file a First Amended Petition ("FAP") is GRANTED IN PART AND DENIED IN PART as follows:

　　　　(1) Petitioner's motion for leave to file a FAP to add Grounds Five and Six is granted without prejudice to Respondent's ability to raise the timeliness argument in the answer; and

　　　　(2) Petitioner's motion for leave to add Ground Eight is denied without prejudice as unexhausted.

DATED: August 6, 2019

　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　Chief United States District Judge