UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY LOUIS RAMIREZ, | ) | NO. EDCV 15-2054-VAP (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| CLARK E DUCART, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: April 17, 2020

_____
VIRGINIA A. PHILLIPS
United States District Judge